UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

SAFECO INSURANCE COMPANY OF AMERICA,

                Plaintiff,

-against-

M.E.S., INC., et al.,

                Defendants.
------------------------------------------------------------------x

08-cv-3312 (ARR) (ALC)

<u>NOT FOR PRINT OR ELECTRONIC PUBLICATION</u>

<u>ORDER</u>

ROSS, United States District Judge:

    On May 18, 2010, I issued an order granting in part plaintiff's motion for partial summary judgment for specific performance of the collateral security provision found in the parties' indemnity agreements. Defendant MES presently seeks a stay pending appeal of the May 18, 2010 order pursuant to Fed. R. Civ. P. 62(c). Based on the parties' pre-motion letters, I find that the requirements of a stay under Rule 62(c) have not been met. In fairness to the defendants, however, I believe that it is appropriate to stay the proceedings for a limited period of twenty-one (21) days to give the defendant an adequate opportunity to file a Notice of Appeal and seek a further stay pending appeal from the United States Court of Appeals for the Second Circuit.

1

SO ORDERED.

                                                      s/ ARR

                                      Allyne R. Ross
                                      United States District Judge

Dated: June 4, 2010
       Brooklyn, New York