UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
SAFECO INSURANCE COMPANY OF AMERICA,

                Plaintiff,

-against-

M.E.S., INC., M.C.E.S., INC.,
HIRANI ENGINEERING & LAND SURVEYING, P.C.,
HIRANI/MES, JV, GEORGE MAKHOUL,
JITENDRA S. HIRANI, SARITA HIRANI,

                Defendants.
-------------------------------------------------------------------X

Case No. 09-cv-3312 (PKC)(VMS)

**DECLARATION IN OPPOSITION**

        ERIK A. ORTMANN, an attorney duly admitted to practice law before this Court, hereby declares the following to be true under the penalties of perjury pursuant to 28 U.S.C. § 1746:

        1.     I am a member of the law firm of Kaufman Dolowich & Voluck, LLP, attorneys for Defendants Hirani Engineering & Land Surveying, P.C., Hirani/MES, JV, Jitendra S. Hirani and Sarita Hirani (collectively, the "Hirani Defendants") in the above-captioned matter.

        2.     I respectfully submit this Declaration in opposition to the application of Plaintiff Safeco Insurance Company of America, Inc. ("Safeco") for an award of attorneys' fees and costs allegedly incurred by Safeco.

        3.     Attached hereto as Exhibit "1" is a copy of the expert report of Laura Johnson, including all the individual exhibits thereto.

        4.     Attached hereto as Exhibit "2" is a copy of the expert report of Steven Tasher.

        5.     Attached hereto as Exhibit "3" is a copy of the Indemnity Agreement applicable to the HEPFF Project.

        6.     Attached hereto as Exhibit "4" is a copy of the Indemnity Agreement applicable to the Pyro and ERDLF Projects.

7.    Attached hereto as Exhibit "5" is a copy of the Complaint filed in <u>U.S. Fid. &</u> <u>Guar. Co. v. Ozdemir</u>, Case No. 1:08-cv-1501 (S.D. Ind.).

Dated  Woodbury, New York
        September 15, 2017

                                      /s/ Erik A. Ortmann
                                      ERIK A. ORTMANN

4841-9425-2623, v. 1