```
&%RPDUPLICATE

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653120371
Cashier ID: smejia
Transaction Date: 10/16/2017
Payer Name: George Makhoul
---------------------------------
TREASURY REGISTRY
 For: George Makhoul
 Case/Party: D-NYE-1-09-CV-003312-001
 Amount:        $100,000.00
---------------------------------
PAPER CHECK CONVERSION
 Amt Tendered: $100,000.00
---------------------------------
Total Due:     $100,000.00
Total Tendered: $100,000.00
Change Amt:    $0.00
```